# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

THERESA KOECH RASH, A/K/A THERESA SUE RASH, ADMINISTRATRIX OF THE ESTATE OF JOSEPH M. KOECH, DECEASED

v.

AMERICAN TALC COMPANY, AVON PRODUCTS, INC., COLGATE-PALMOLIVE COMPANY, CYCTEC INDUSTRIES, INC., ON BEHALF OF WYETH HOLDINGS, LLC, F/K/A WYETH HOLDINGS CORPORATION, F/K/A AMERICAN CYANAMID COMPANY, SUCCESSOR-BY-MERGER TO SHULTON, INC., GIANT EAGLE, INC., IMERYS TALC AMERICA, INC., JOHNSON & JOHNSON CONSUMER, INC., RITE-AID CORPORATION, SHULTON, INC., THE PROCTOR & GAMBLE COMPANY, WHITTAKER CLARK & DANIELS, INC.

PETITION OF: IMERYS TALC AMERICA, INC.

: No. 63 WM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of August, 2018, the Petition to Permit Filing of Post-Submission Opinions is GRANTED. The Petition for Extraordinary Jurisdiction is DENIED.